UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SUSANNA NORTHERN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:21-cv-00284-TES |
| KRYSTAL RESTAURANTS, LLC, | ) ) ) |
| Defendant. | ) ) |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMET AGREEMENT AND DISMISSAL WITH PREJUDICE

Upon application of the Parties and the Court's review of the Parties' Settlement Agreement, the Court concludes that the terms of the Parties' Settlement Agreement are reasonable and satisfactory. Therefore, the Court hereby Orders that the Parties' Settlement Agreement, attached as Exhibit A to the Joint Motion, is approved, and this action is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,**

This the 9 day of Nov, 2022.

_____
HON. TILMAN E. SELF, III
JUDGE, UNITED STATES DISTRICT COURT