IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SUSANNA NORTHERN, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00284-TES |
| | * |
| KRYSTAL RESTAURANTS LLC, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 9, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of November, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk